FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Ricky Allen Maxwell Jr.
_____
_____
_____
(Enter above full name of plaintiff or plaintiffs)

v.

CHATHAM COUNTY DISTRICT
ATTORNEY Office
_____
_____
(Enter above full name of defendant or defendants)

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2023 MAY 18 AM 10:26
CLERK
SO. DIST. OF GA.

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? Yes ___ No ✓

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiffs: _____
   _____
   
   Defendants: _____
   _____

2. Court (if federal court, name the district; if state court, name the county):
   _____
   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?): _____

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?      Yes ____  No ____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes ____  No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (name the district): _____

_____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?    Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes _____ No ✓

1. If your answer to C is yes, name the court and docket number for each case:

_____   _____
_____   _____
_____   _____
_____   _____

II. Place of present confinement: _____

A. Is there a prisoner grievance procedure in this institution? Yes ____ No ✓

B. Did you present the facts relating to your complaint to the appropriate grievance committee?    Yes _____ No ✓

C. If your answer to B is yes:

1. What steps did you take? _____
_____
_____
_____
_____
_____

2. What was the result? _____
_____
_____
_____
_____
_____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ____ No ✓

If yes, what was the result? _____
_____
_____
_____

D. If you did not utilize the prison grievance procedure, explain why not: _____
_____
_____
_____

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: _____
   Address: _____
   _____
   _____

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: _____
   Position: _____
   Place of employment: _____
   Current address: _____
   _____

C. Additional defendants: _____
   _____
   _____
   _____
   _____
   _____

4

IV:   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Ricky Allen Maxwell Jr. was given a date to go to Preliminary Hearing FRIDAY MAY 12 2023 in Chatham County Georgia and upon that day I was not given the right to be there. My Preliminary Hearing was weire without my consent.

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Ricky Allen Maxwell Jr. Would like for the Courts to dismiss the charge relating to this case and release me.

THANK YOU

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __14__ day of __MAY__, 20__23__.

Prisoner No. __X0115443__

__Ricky allen maxwell Jr__
(Signature of Plaintiff)

6

JailATM.com – Chatham County Jail
Inmate DIN ID# X0115443
Inmate full name Ricky Allen Maxwell Jr.
925B Peachtree St. NE  Box 2062
Atlanta, Georgia  30309



RECEIVED
U.S. Marshals Service
Savannah Georgia

United States District Court
P O Box 8286
Savannah, GA 31412